IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOAQUIN CERVANTES,<br><br>    Defendant. | 4:20-CR-3112<br><br>ORDER |

IT IS ORDERED:

1. The government's motion to dismiss (filing 50) is granted.

2. The operative petition for offender under supervision (filing 44) is dismissed.

3. The defendant's motion to transfer (filing 46) is denied.

Dated this 8th day of August, 2023.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge